UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KELLY KOERNER,

Plaintiff

v.

KENNETH WILLIAMS, et al.,

Defendants

Case No.: 3:26-cv-00623-ART-CSD

ORDER

This is Plaintiff Kelly Koerner's 42 U.S.C. § 1983 civil rights action. On August 27, 2026, the Court entered a Screening Order that stayed the case to allow the parties the opportunity to settle. (ECF No. 10.) Koerner filed a motion to shorten stay. (ECF No. 12.) But the Inmate Early Mediation has already been scheduled for October 23, 2026. (ECF No. 14.) If the parties don't reach a settlement on that date, the Court will issue an order lifting the stay and the case will proceed on the normal litigation track. So the motion to shorten stay is denied as moot.

IT IS THEREFORE ORDERED that Plaintiff's motion to shorten stay (ECF No. 12) is DENIED as moot.

DATED THIS 22ndday of September 2026.

UNITED STATES MAGISTRATE JUDGE