**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KELLY KOERNER,

Plaintiff

v.

KENNETH WILLIAMS,

Defendant

Case No.: 3:26-cv-00623-ART-CSD

**Order**

Re: ECF Nos. 21, 22

The Attorney General's Office filed a notice of acceptance of service for defendant Kenneth Williams on November 16, 2026. (ECF No. 25.) Pursuant to the order at ECF No. 24, Kenneth Williams' answer is due on or before December 25, 2026.

Within seven days of filing its answer, Defendant Williams shall file a response to Plaintiff's motion for a magnifying glass (ECF No. 21) and motion for injunctive relief (ECF No. 22).

**IT IS SO ORDERED**.

Dated: November 17, 2026

Craig S. Denney
United States Magistrate Judge