**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY KOERNER,<br>Plaintiff<br>v.<br>KENNETH WILLIAMS,<br>Defendant | Case No.: 3:26-cv-00623-ART-CSD<br>**Order**<br>Re: ECF No. 23 |

Plaintiff has filed a motion for a new mediation before a different mediation panel prepared for this case and for sanctions or other relief the court deems appropriate. (ECF No. 23.)

Plaintiff states that he appeared for a mediation on this matter on October 23, 2026, but the mediation "panel" arrived and imposed a time limit on the mediation, and he believes the mediation ended prematurely due to this time limit. Plaintiff objects to the time limit.

Preliminarily, the court points out that Plaintiff's case was set for mediation as part of the court's inmate early mediation conference. These mediations are presided over by a volunteer mediator, and not a panel. The timeframe for the mediation is not open ended to be respectful of the time of the volunteer mediators, as well as defense counsel and courtroom resources.

Plaintiff is free to contact opposing counsel to informally negotiate a settlement. Alternatively, the parties may stipulate to request a settlement conference with another magistrate judge.

Plaintiff's motion for a new mediation before a different mediator and request for sanctions (ECF No. 23) is **DENIED**.

**IT IS SO ORDERED**.

Dated: November 17, 2026

Craig S. Denney
United States Magistrate Judge